No. 65041.—Ross Products, Inc., et al. *v.* United States, protests 59/8, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of dice the same in all material respects as those the subject of Abstract 64186, the claim of the plaintiffs was sustained.

No. 65042.—J. & J. Sales Corp. *v.* United States, protests 58/6925 and 58/6990 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of polystyrene novelties similar in all material respects to those the subject of Abstract 64402, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 17, 1961

No. 65043.—Zenith Novelty Co. et al. *v.* United States, protests 58/2710, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of fish nets in chief value of steel, which are used in the household in connection with small size fish tanks and aquariums for the personal convenience and comfort of the members of the household, the claim of the plaintiffs was sustained.